```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

FILED
MAR 28 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF 1997 FORD WINDSTAR, VIN: 2FMDA5140VBD25956, CA LICENSE: 6MXZ060. | SW NO: 1:12 SW 0060 - GSA<br><br>**UNDER SEAL**<br><br>SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the tracking warrant, application, and affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the tracking warrant, application, and affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 3/28/12

_____
U.S. MAGISTRATE JUDGE

1