

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | CASE NO.  1:12-SW-00060-GSA |
| ) | |
| 1997 FORD WINDSTAR, ) | |
| VIN: 2FMDA5140VBD25956, ) | ORDER TO UNSEAL SEARCH WARRANT AND |
| CA LICENSE: 6MXZ060. ) | AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having previously been sealed by order of this Court, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 8/2/12

_____
UNITED STATES MAGISTRATE JUDGE

2